Trustee Name, Address, Phone, Fax, Email:

Howard M. S. Hu
Chapter 13 Trustee
1132 Bishop Street, 2450
Honolulu, HI 96813
Telephone: (808) 526-3083
Fax: (808) 531-8844
Email: CHAPT13HI@AOL.COM

For court use only

*FILED*
*U.S. BANKRUPTCY COURT*
*DISTRICT OF HAWAII*
*2021 MAY -5 A 8: 48*
*MICHAEL B. DOWLING, CLERK*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

Case No.: **16-00215**

In re:

**JOEY DEE BRENNER**

Chapter: **13**

Debtor(s).

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011: This payment represents funds remaining unpaid on the claims(s) listed below.

$ 3,537.44

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| **999** | JOEY DEE BRENNER<br>901 RIVER STREET, APT. 710<br>HONOLULU, HI 96817<br><br>(DEBTOR REFUND) | $ 3,537.44 | $ 3,537.44 |
|  |  | $ | $ |
|  |  | $ | $ |

*[Attach continuation sheets if necessary.]*

Date: May 5, 2021

/s/ _____
Trustee